# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| STANLEY SEOKTAE KIM AND | ) | Case No. 12-26540 |
| LISA HAISUNG KIM, | ) | |
| | ) | Honorable Carol A. Doyle, |
| Debtors | ) | Judge Presiding |

## NOTICE OF MOTION AND MOTION

To:   See attached Service List

**PLEASE TAKE NOTICE** that on the 30th day of April, 2014 at 10:30 a.m., the undersigned shall appear before the Honorable Carol A. Doyle, or any judge sitting in her stead, in courtroom 742, in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois and shall then and there present **Motion to Close and Discharge Chapter 11 Case**, a copy of which is attached hereto and herewith served upon you, and shall then and there pray for the entry of an Order in conformity with the prayer of said pleading.

Respectfully Submitted,

/s/_Ryan Kim_____
One of their attorneys
Ryan Kim
Inseed Law, P.C.
2454 E. Dempster St. Suite 301
Des Plaines, IL 60016
847-905-6262

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing Motion to Close and Discharge Chapter 11 Case to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Class Mail, Chicago, Illinois, on April 18, 2014, at or before the hour of 5:00 p.m.

/s/RyanKim_____
Ryan Kim

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants**

U.S. Bankruptcy Court
Eastern Division
219 S. Dearborn, 7th Floor
Chicago, IL 60604

Patrick S. Layng
Office of the U.S. Trustee
Region 11
219 S. Dearborn, Room 873
Chicago, IL 60604

David A. Kallick, Esq.
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606


**Parties Served Via U.S. Mail**

Dhitendra N. Bhagwakar
1141 Lee Street
Des Plaines, IL 60016

Dharmesh N. Bhagwakar
1141 Lee Street
Des Plaines, IL 60016

Ashwin N. Bhagwhakar
1141 Lee Street
Des Plaines, IL 60016

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| STANLEY SEOKTAE KIM AND | ) | Case No. 12-26540 |
| LISA HAISUNG KIM, | ) | |
| | ) | Honorable Carol A. Doyle, |
| Debtors | ) | Judge Presiding |

## DEBTORS' MOTION TO CLOSE AND DISCHARGE CHAPTER 11 CASE

NOW COME the Debtors Stanley Seoktae Kim and Lisa Haisung Kim by and through their attorney Ryan Kim of Inseed Law P.C. and move this honorable Court for an order closing the subject chapter 11 Case entering an order of Discharge. In support, the Debtors state as follows:

1. On March 13, 2014, the Court entered an Order Confirming Chapter 11 Plan and Approving Disclosure Statement.

2. The Confirmed Plan has been substantially consummated in accordance with 11 U.S.C. 1101(2) except for the completion of all plan payments.

3. All litigation has concluded and undersigned counsel states that to the best of counsel's knowledge, there are no outstanding issues that would preclude the administrative closure of this case.

4. By this Motion and pursuant to 11 U.S.C. 1141 (d) the Debtors seek an order closing this case and granting of a discharger as of April 30, 2014.

5. All monthly reports and payments due to the U.S. Trustee shall be current as of the date of closing of this case.

WHEREFORE, the Debtors respectfully request that their Court enter an order closing this chapter 11 case and an order for an entry of a discharge and for such other and further relief as the Court deems appropriate.

                                             Respectfully Submitted

                                             _/s/*RyanKim*_ .
                                             Ryan Kim, Attorney for Debtors

Ryan Kim
Inseed Law P.C.
2454 E Dempster St. Suite 301
Des Plaines IL 60016