UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                                    )         BK No.:   12-26540
Stanley Seoktae Kim and Lisa Haisung Kim )
                                                              )         Chapter: 11
                                                              )         Honorable Carol Doyle
                                                              )
                                                              )
        Debtor(s)                                      )

**ORDER GRANTING MOTION FOR FINAL DECREE AND CLOSING CASE**

THIS CAUSE has come to be heard on the Debtors' Motion to Close and Discharge Chapter 11 Case pursuant to 11 U.S.C. 1141(d), the Court having reviewed the Motion, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED THAT:

The debtors' motion for final decree is granted and the case is closed.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: April 30, 2014

**Prepared by:**

Ryan Kim
Inseed Law P.C.
2454 E Dempster St. Suite 301
Des Plaines IL 60016
T. 847-905-6262